IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 13 |
| Irene T Munoz | * | |
| Debtor | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | BANKRUPTCY No. |

**DEBTOR'S PAYMENT ADVICES**

Comes now, Irene T Munoz, Debtor in the above cause, and files the payments advices or other evidence of payment pursuant to 11 U.S.C. 521 (a)(1)(B)(iv).

                                              Respectfully Submitted,

                                              TANZY & BORREGO
LAW OFFICES, P.L.L.C.
2610 Montana Avenue
El Paso, TX 79903-3712
(915) 566-4300

By: *Marissa J. Hackert*
Marissa A. Hackert 24087985
Attorney for Tanzy & Borrego
Law Offices, P.L.L.C.

English ___
Spanish ✓
Other ___

# Transaction History
**Customer:** IRENE T MUNOZ
**Account:** TX Checking #XXXXX

*required field

| Current Balance | Present Balance | Available Less Overdraft | Available Balance | Calendar |
|---|---|---|---|---|
| $13.28 | $13.28 | $13.28 | $13.28 | |

**Showing ACH Deposit Transactions**                           *denotes end of day balance

| Date Posted | Tran Type | Description | Debits(-) $ | Credits(+) $ | Balance |
|---|---|---|---|---|---|
| 12/02/2016 | ACH Deposit | SSA TREAS 310 XXSOC SEC | | 1,083.00 | |
| 11/30/2016 | ACH Deposit | TEACHER RET SYS TRSANNUITY | | 1,370.89 | |
| 11/30/2016 | ACH Deposit | FIDELITY INVESTM PENSION | | 81.78 | |
| 11/03/2016 | ACH Deposit | SSA TREAS 310 XXSOC SEC | | 1,083.00 | |
| 10/31/2016 | ACH Deposit | TEACHER RET SYS TRSANNUITY | | 1,370.89 | |
| 10/31/2016 | ACH Deposit | FIDELITY INVESTM PENSION | | 81.78 | |
| 10/03/2016 | ACH Deposit | SSA TREAS 310 XXSOC SEC | | 1,083.00 | |
| 09/30/2016 | ACH Deposit | TEXAS COMPTROLLR TRSANNUITY | | 1,370.89 | |
| 09/30/2016 | ACH Deposit | FIDELITY INVESTM PENSION | | 81.78 | |
| 09/02/2016 | ACH Deposit | SSA TREAS 310 XXSOC SEC | | 1,083.00 | |
| 08/31/2016 | ACH Deposit | TEXAS COMPTROLLR TRSANNUITY | | 1,370.89 | |
| 08/31/2016 | ACH Deposit | FIDELITY INVESTM PENSION | | 81.78 | |
| 08/18/2016 | ACH Deposit | REVERSE MORTGAGE REV PYMT | | 2,330.00 | |
| 08/03/2016 | ACH Deposit | SSA TREAS 310 XXSOC SEC | | 1,083.00 | |
| 07/29/2016 | ACH Deposit | TEXAS COMPTROLLR TRSANNUITY | | 1,370.89 | |
| 07/29/2016 | ACH Deposit | FIDELITY INVESTM PENSION | | 81.78 | |

Older

JPMorgan Chase Bank, N.A.
Chamizal Branch
5760 Alameda
El Paso, Tx. 79905

# Your Benefit Amount

2241922

BENEFICIARY'S NAME: IRENE T MUNOZ

We review Social Security benefits each year to make sure they keep up with the cost of living. The law does not permit an increase in benefits when there is no increase in the cost of living. So your benefit will stay the same in 2016. There was no increase in the cost of living during the past year based on the Consumer Price Index (CPI) published by the Department of Labor. The CPI is the Federal government's official measure used to calculate cost of living increases.

### How Much Will I Get And When?
- Your monthly amount (before deductions) is                                       $1,187.90
- The amount we deduct for Medicare medical insurance is                           $104.90
  (If you did not have Medicare as of November 20, 2015,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is                 $0.00
  (If you did not elect withholding as of November 1, 2015, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is                    $0.00
  (If you did not elect voluntary tax withholding as of
  November 20, 2015, we show $0.00.)
- After we take any other deductions, you will receive                             $1,083.00
  on or about Dec. 31, 2015.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

### What If I Have Questions?
- Visit our website at *www.socialsecurity.gov* for more information about Social Security.
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**) if you have questions.
  If you speak Spanish, press 7. For other languages, wait until we answer, and then ask for an interpreter.
- Contact your local Social Security office, or contact any United States embassy or consulate office when outside the United States.

600 TEXAS AVE
EL PASO TX 79901

### Help For Elders
The Eldercare Locator is a free service of the U.S. Administration on Aging. Call **1-800-677-1116** or visit *www.eldercare.gov* to learn about financial, employment, legal, and caregiving help for seniors.

## Your New Benefit Amount

BENEFICIARY'S NAME: IRENE T MUNOZ

Your Social Security benefits will increase by 0.3% percent in 2017 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is — **$1,191.00**
- The amount we deduct for Medicare medical insurance is — **$108.00**
  (If you did not have Medicare as of November 17, 2016, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is — **$0.00**
  (We will notify you if the amount changes in 2017. If you did not elect withholding as of November 1, 2016, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — **$0.00**
  (If you did not elect voluntary tax withholding as of November 17, 2016, we show $0.00.)
- After we take any other deductions, you will receive — **$1,083.00**

on or about Jan. 3, 2017.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

### What If I Have Questions?

- Visit our website at *www.socialsecurity.gov* for more information about Social Security.
- Call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778) if you have questions. If you speak Spanish, press 7. For other languages, wait until we answer, and then ask for an interpreter.
- Contact your local Social Security office, or contact any United States embassy or consulate office when outside the United States.

600 TEXAS AVE
EL PASO TX 79901

### Help For Seniors

The Eldercare Locator is a free service of the U.S. Administration on Aging. Call 1-800-677-1116 or visit *www.eldercare.gov* to learn about in-home supportive services, nutrition and wellness programs, transportation, and caregiving help for seniors in your community.